UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| SERGIO TIJERINA-SALAZAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 4:19-cv-00074-DC-DF |
| FERMIN VENEGAS, III, | ) |
| FERMIN VENEGAS SHEARING, INC., | ) |
| VENEGAS CONTRACTORS, INC., and | ) |
| GENESIS VENEGAS SALMON, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF WRITTEN DISCOVERY

I hereby certify the following discovery responses were served on all parties of record, by and through their attorneys of record, via email:

1. Subject to and without waiving Defendant Genesis Venegas Salmon's Motion to Dismiss Plaintiff's Second Amended Complaint, Defendant Genesis Venegas Salmon's Objections and Responses to Plaintiff's First Set of Requests for Admission;

2. Subject to and without waiving Defendant Genesis Venegas Salmon's Motion to Dismiss Plaintiff's Second Amended Complaint, Defendant Genesis Venegas Salmon's Objections and Answers to Plaintiff's First Set of Interrogatories; and

3. Subject to and without waiving Defendant Genesis Venegas Salmon's Motion to Dismiss Plaintiff's Second Amended Complaint, Defendant Genesis Venegas Salmon's Objections and Responses to Plaintiff's First Set of Requests for Production with responsive document production Bates numbered SALMON1-SALMON43.

DATED:  July 28, 2021

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Box 1977
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1597 Fax
koehler@mgmsg.com
mirazo@mgmsg.com
esparza@mgmsg.com

By: _/s/ M. Esparza_

    **Bruce A. Koehler**
    State Bar No. 11649300
    **David M. Mirazo**
    State Bar No. 24044610
    **Michelle D. Esparza**
    State Bar No. 24116329

    Attorneys for Defendant Genesis Venegas Salmon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following persons as indicated below on this 28th day of July, 2021.

| | | |
|---|---|---|
| Jerome Wesevich, Esq.<br>Texas RioGrande Legal Aid<br>1331 Texas Ave.<br>El Paso, Texas 79901<br>(915) 533-8823 Fax<br>jwesevich@trla.org<br>Attorney for Plaintiff | X ___<br>____<br>____<br>____<br>X ___ | Electronic Service<br>U.S. Mail<br>Certified Mail<br>Fax<br>Email |
| Christopher Willett, Esq.<br>Equal Justice Center<br>510 Congress Ave., Ste, 206<br>Austin, Texas 78704<br>(512) 474-0008 Fax<br>cwillett@equaljusticecenter.org<br>Attorneys for Plaintiff | X ___<br>____<br>____<br>____<br>X ___ | Electronic Service<br>U.S. Mail<br>Certified Mail<br>Fax<br>Email |
| Robert Garza, Esq.<br>2116 Veterans Blvd., Ste. 5<br>Del Rio, Texas 78840<br>(830) 774-5178 Fax<br>robert_garza@outlook.com<br>Attorney for Defendants Fermin Venegas, III, Fermin Venegas Shearing, Inc. and Venegas Contractors, Inc. | X ___<br>____<br>____<br>____<br>X ___ | Electronic Service<br>U.S. Mail<br>Certified Mail<br>Fax<br>Email |

_____
**Michelle D. Esparza**

16654.101/MESP/1620347