UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| SERGIO TIJERINA-SALAZAR, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   No. 4:19-cv-00074-DC-DF |
| FERMIN VENEGAS, III, and, FERMIN VENEGAS SHEARING, INC., | ) ) ) |
|     Defendants. | ) ) |

**FINAL JUDGMENT**

This matter is before the Court on the Parties' request for entry of this Final Judgment by consent. Plaintiff, Sergio Tijerina-Salazar ("Plaintiff"), appeared by and through his counsel of record, Jerome Wesevich, Christopher Willett, and Gregory S. Schell. Defendants, Fermin Venegas, III and Fermin Venegas Shearing, Inc., appeared by and through their counsel of record, Bruce A. Kohler, David M. Mirazo and Michelle D. Esparza. Plaintiff and Defendants, by and through their counsel of record, have indicated to the Court that the parties consent to the entry of this Final Judgment and have requested entry hereof as part of a settlement and compromise between the parties. The Court finds that the parties' request is well-taken and hereby enters this Final Judgment.

**IT IS THEREFORE ORDERED** that all claims presently pending by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this Court's Order Rejecting Report and Recommendation dated January 9, 2022 granting Defendant Genesis Venegas Salmon's motion to dismiss (Doc. 141) is hereby incorporated by reference as if fully set forth at length and is made part of this Final Judgment.

IT IS FURTHER ORDERED that this Court's Order dated June 3, 2022 granting (among other rulings) final summary judgment in favor of Defendant Venegas Contractors, Inc. is hereby incorporated by reference as if fully set forth at length and is made part of this Final Judgment.

IT IS FURTHER ORDERED that each party shall bear their respective attorneys' fees incurred in this case and costs of court are assessed against the party incurring the same. All relief not expressly granted herein is hereby DENIED. This Final Judgment disposes of all claims against all parties. The District Clerk shall close this case.

SIGNED this the 2nd day of August, 2022.

HON. DAVID COUNTS
UNITED STATES DISTRICT JUDGE

AGREED:

Jerome Wesevich
Christopher Willett
Gregory S. Schell
Attorneys for Plaintiff

Bruce A. Koehler
David M. Mirazo
Michelle D. Esparza
Attorneys for Defendants